ORIGINAL

1  CAROL C. LAM
   United States Attorney
2  CHARLES J. LISHERNESS
   Special Assistant United States Attorney
3  California State Bar No. 236932
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6549
   Facsimile: (619) 235-2757
6
   Attorneys for Plaintiff
7  United States of America

FILED
06 OCT 17 AM 9:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL   DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ISMAEL MEDRANO-JACOBO, <br> Defendant. | Criminal Case No. 06CR0569-GT <br><br> **STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled case, Ismael Medrano-Jacobo, by and through his counsel, Scott M. Schlegel, and the Unites States of America, by and through its counsel, Carol C. Lam, United States Attorney, and Charles J. Lisherness, Assistant United States Attorney, that the sentencing hearing in the above-entitled case, currently scheduled for November 1, 2006, at 9:00 a.m., be continued until December 5, 2006, at 9:00 a.m.

The new date of December 5, 2006, at 9:00 a.m. was cleared through this Court's deputy clerk.

//
//
//
//
//

SO STIPULATED.

Dated: 10-12-06

CHARLES J. LISHERNESS
Assistant U.S. Attorney

Dated: 10/12/06

SCOTT M. SCHLEGAL
Attorney for Defendant
ISMAEL MEDRANO-JACOBO

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case, currently scheduled for November 1, at 9:00 a.m., be continued until December 5, 2006, at 9:00 a.m.

Dated: 10-16-06

GORDON THOMPSON JR.
Senior United States District Judge

Case 3:06-cr-00569-GT  Document 25  Filed 10/17/06  PageID.120  Page 2 of 2

06CR0569-GT

OCT. 13. 2006  1:53PM    LIBERTY LAWYERS, LLP    NO. 028    P. 3